United States District Court
Southern District of Texas
**ENTERED**
May 28, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROY JACKSON, <br> (TDCJ-CID #1989547) <br> Plaintiff, <br><br> vs. <br><br> LORIE DAVIS, *et al.,* <br><br> Defendants. | § § § § § § § § § § CIVIL ACTION H-20-1811 |

**MEMORANDUM AND OPINION**

Plaintiff, a state prisoner proceeding pro se, brings this action against Texas prison officials who reside in Jones County and Walker County, Texas. Plaintiff sues these officials for violations of civil rights that occurred at the Robertson Unit, where he is confined and which is located in Jones County, Texas.

In the interest of justice and for the convenience of the parties and witnesses, this case is TRANSFERRED to the United States District Court for the Northern District of Texas, Abilene Division. 28 U.S.C. §§ 1391, 1404(a). Plaintiff's Motion to Proceed *In Forma Pauperis,* (Docket Entry No. 3), is GRANTED.

SIGNED at Houston, Texas, on  May 27  , 2020.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2020\20-1811.a01.wpd